

Sylvia E. Simson
Tel 212.801.9200
Fax 212.801.6400
simsons@gtlaw.com

September 9, 2025

**BY ECF**

Hon. Daniel J. Stewart
United States District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway – 4th Floor
Albany, New York 12207

Re:   ***Community Bank, N.A. v. JP Morgan Chase & Co.*, Case No. 5:24-cv-00363 – Joint Request to Revise Existing Scheduling Order (Doc. No. 32)**

Dear Judge Stewart:

We represent defendant JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced action and write jointly with counsel for plaintiff Community Bank, N.A. ("Community Bank") to respectfully request extensions to existing deadlines in the Scheduling Order (Doc. No. 32) (the "CMO") as additional time is going to be needed to conduct discovery in this case.

As Your Honor is aware, Community Bank and Chase (together, the "Parties") previously participated in a mediation in this case but were unable to resolve this matter. (Doc. No. 21). Following the entry of the CMO, the Parties exchanged and responded to written discovery, and are in the process of taking and scheduling both party and third-party depositions. This includes negotiating the scope of and taking a 30(b)(6) deposition of each party. The Parties agree that additional time is necessary to complete fact discovery before turning to the expert discovery phase. Therefore, good cause exists for an extension of the deadlines in the CMO. The Parties jointly respectfully request that Your Honor grant the following proposed extensions of, and additions to, the current discovery deadlines in this case:

| **Applicable Deadline** (Section References to Uniform Pretrial Scheduling Order) | **Current Deadline Date** | **Proposed New Deadline Date** |
|---|---|---|
| §7 – Discovery to be Completed | 12/19/2025 | 3/20/2026 |
| §7(A)(ii) – Defendant's Expert(s) Disclosure | 10/24/2025 | 1/16/2026 |
| §7(A)(iii) – Rebuttal Expert(s) Disclosure | 11/7/2025 | 2/6/2026 |

**Greenberg Traurig, LLP | Attorneys at Law**
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

www.gtlaw.com

September 9, 2025
Page 2

| Applicable Deadline (Section References to Uniform Pretrial Scheduling Order) | Current Deadline Date | Proposed New Deadline Date |
|---|---|---|
| Counter-Rebuttal Expert(s) Disclosure | 12/1/2025 | 2/27/2026 |
| §8 – Motion Filing Deadline | 2/6/2026 | 6/2/2026 |

This is the second extension of time proposed by the Parties with respect to the CMO. We appreciate the Court's attention and consideration as to the relief sought by this letter and are available at the Court's convenience to discuss.

Respectfully submitted,

/s/ Sylvia E. Simson

Sylvia E. Simson

cc (by ECF):   All parties of record